# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE MAURICE MARTIN,<br><br>                     Petitioner,<br>vs.<br><br>JEFFREY BEARD,<br><br>                     Respondent. | CASE NO. 14cv1694 DMS (RBB)<br><br>**ORDER (1) ADOPTING REPORT AND RECOMMENDATION AND (2) GRANTING MOTION TO DISMISS** |

      On July 17, 2014, Petitioner Lawrence Maurice Martin, a state prisoner proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 14, 2015, Magistrate Judge Ruben B. Brooks issued a Report and Recommendation ("R&R") recommending that the Court grant Respondent's motion to dismiss. There are no objections to the R&R.

      This Court, having reviewed *de novo* the Magistrate Judge's R&R adopts the Magistrate Judge's recommendation in full and **GRANTS** Respondent's motion to dismiss. The Court finds no basis for a certificate of appealability.

      **IT IS SO ORDERED**.

DATED: June 30, 2015

                                             HON. DANA M. SABRAW<br>
                                             United States District Judge