# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE MAURICE MARTIN,<br><br>                Petitioner,<br>vs.<br><br>JEFFREY BEARD,<br><br>                Respondent. | CASE NO. 14cv1694 DMS (RBB)<br><br>**ORDER (1) ADOPTING REPORT AND RECOMMENDATION AND (2) GRANTING MOTION TO DISMISS** |

On July 17, 2014, Petitioner Lawrence Maurice Martin, a state prisoner proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 14, 2015, Magistrate Judge Ruben B. Brooks issued a Report and Recommendation ("R&R") recommending that the Court grant Respondent's motion to dismiss. Neither party filed objections to the R&R, and on June 30, 2015, this Cort issued an order adopting the R&R and granting the motion to dismiss.

On July 17, 2015, Petitioner filed a motion for a copy of the R&R. The Court granted that motion, and also gave Petitioner an opportunity to file objections to the R&R. On August 24, 2015, Petitioner filed his objections. Respondent did not file a reply.

This Court has reviewed Petitioner's objections and again reviewed the R&R and again adopts the Magistrate Judge's recommendation in full and **GRANTS**

/ / /

1  Respondent's motion to dismiss. The Court finds no basis for a certificate of
2  appealability.
3      **IT IS SO ORDERED**.
4  DATED: September 22, 2015

6  HON. DANA M. SABRAW
   United States District Judge